**CONE MILLS CORP. v. ALLSTATE INSURANCE COMPANY**

[340 N.C. 354 (1995)]

CONE MILLS CORPORATION v. ALLSTATE INSURANCE COMPANY

No. 355PA94

(Filed 2 June 1995)

On writ of certiorari pursuant to N.C.G.S. § 7A-32(b) to review an unpublished decision of the Court of Appeals, 115 N.C. App. 173, 444 S.E.2d 703 (1994), dismissing the defendant's appeal from an order of Albright, J., entered at the 1 February 1993 session of Superior Court, Guilford County, denying the defendant's motion to dismiss this action pursuant to N.C.G.S. § 1A-1, Rule 12(b)(6). Heard in the Supreme Court 8 May 1995.

*Smith Helms Mulliss & Moore, L.L.P., by James A. Medford and Larissa Jones Erkman, for plaintiff-appellee.*

*Wilson & Iseman, L.L.P., by G. Gray Wilson and Urs R. Gsteiger, for defendant-appellant.*

PER CURIAM.

WRIT OF CERTIORARI IMPROVIDENTLY ALLOWED.